ALEXANDER B. CVITAN (SBN 81746) and
MARSHA M. HAMASAKI, (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-
Telephone:  (213) 386-3860
Facsimile:  (213) 386-5583
Email: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>    vs.<br><br>RONALD TIMOTHY SHORT, an individual doing business as HULK ENTERPRISES; DOE 1 through DOE 5, inclusive,<br><br>                    Defendants. | CASE NUMBER<br><br>CV 09-03040 RGK (CWx)<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between the Plaintiff and Defendant, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT Judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company, a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA;

-1-

1 CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA;
2 CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA;
3 LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN
4 CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR
5 CONTRACT COMPLIANCE; and LABORERS CONTRACT ADMINISTRATION TRUST
6 FUND FOR SOUTHERN CALIFORNIA, and against Defendant, RONALD
7 TIMOTHY SHORT, an individual doing business as HULK ENTERPRISES in
8 the principal sum of $95,204.34 covering the period from December
9 2007 through June 2009, plus $4,000.00 in attorneys fees.

10
DATED: January 6, 2010
11
_____
12  HON. R. GARY KLAUSNER, Judge of the
   UNITED STATES DISTRICT COURT FOR
13  THE CENTRAL DISTRICT OF CALIFORNIA

14

15

16

17 Submitted by:

18 ALEXANDER B. CVITAN, and
   MARSHA M. HAMASAKI, Members of
19 REIC, ADELL & CVITAN
   A Professional Law Corporation
20

21
By:_____/S/_____
22    MARSHA M. HAMASAKI
      Attorneys for Plaintiff
23

24

25

26

27

28

-2-

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

    On **January 6, 2010**, I served the foregoing document described as **[PROPOSED] JUDGMENT PURSUANT TO STIPULATION,** on the interested parties in this action by way of United States first class mail by placing

[ ] the original     [X] a true copy thereof

enclosed in a sealed envelope addressed as follows:

**Mr. Ronald Short**
**HULK ENTERPRISES**
**4352 Lakeview Avenue**
**Yorba Linda, California  92886**

[X] (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Fax) I transmitted said document(s) at __:__ a.m./p.m. to fax telephone number _____, executed on _____, at Los Angeles, California.

Executed on **January 6, 2010**, at Los Angeles, California.

[ ] (State Court) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                          /S/
                              **VIRGINIA ALVAREZ**